**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Laura L. Gowens**

        **Plaintiff,**        **CASE NUMBER: 20-13239**
                              **HONORABLE VICTORIA A. ROBERTS**
**v.**                                  **MAGISTRATE JUDGE MORRIS**

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 23, 2022, Magistrate Judge Morris issued a Report and Recommendation [ECF No. 21], recommending that Plaintiff's Motion for Summary Judgment [ECF No. 17] be **DENIED** and Defendant's Motion for Summary Judgement be [ECF No. 19] be **GRANTED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                                   s/ Victoria A. Roberts
                                                   Victoria A. Roberts
                                                   United States District Judge

Dated: May 9, 2022